OPINION — AG — ** EMERGENCY MEDICAL SERVICES — POLITICAL SUBDIVISION TORT CLAIMS ACT ** (1) EMERGENCY MEDICAL SERVICE DISTRICTS ESTABLISHED PURSUANT TO ARTICLE X, SECTION 9(C) OF THE OKLAHOMA CONSTITUTION ARE 'NOT' POLITICAL SUBDIVISIONS OF THE STATE. (2) PURSUANT TO ARTICLE X, SECTION 9(C)(N), EMERGENCY MEDICAL SERVICE DISTRICTS ARE SUBJECT TO THE SAME LIABILITIES AND IMMUNITIES AS MUNICIPALITIES AND COUNTIES AS CONTAINED IN THE POLITICAL SUBDIVISION TORT CLAIMS. 51 O.S. 151 [51-151] (3) EMERGENCY MEDICAL SERVICE DISTRICTS ARE 'NOT' REQUIRED TO MAKE PURCHASES THROUGH THE COUNTY CLERK PURSUANT TO 19 O.S. 1500 [19-1500] ET SEQ. OF THE PURCHASING PROCEDURES ACT. MOREOVER, THE ACT DOES 'NOT' AUTHORIZE THE COUNTY CLERK TO MAKE PURCHASES FOR SUCH DISTRICT. (4) AN EMERGENCY MEDICAL SERVICES DISTRICT IS 'NOT' REQUIRED TO FILE AND HAVE ITS BUDGET APPROVED BY THE COUNTY EXCISE BOARD PURSUANT TO 68 O.S. 2483 [68-2483] ET SEQ. (COUNTY EXCISE BOARD, PURCHASING PROCEDURES ACT, COUNTY OFFICERS, GOVERNMENTAL PURPOSES, PURCHASING AGENT) CITE: 19 O.S. 1500 [19-1500], 19 O.S. 1500 [19-1500] [19-1500](A), 19 O.S. 1501 [19-1501], 51 O.S. 151 [51-151] [51-151], 51 O.S. 152 [51-152], 51 O.S. 153 [51-153] [51-153], 68 O.S. 2483 [68-2483], 68 O.S. 2484 [68-2484] [68-2484](A), 68 O.S. 2487 [68-2487], OPINION NO. 77-208, ARTICLE X, SECTION 9(B), ARTICLE X, SECTION 9(C), ARTICLE X, SECTION 26, ARTICLE X, SECTION 9(C)(A), ARTICLE X, SECTION 9(C)(N) (PATRICIA REDD DEMPS)